JASON T. PISKEL, WSBA #35398
Email: jtp@pyklawyers.com
BENJAMIN J. MCDONNELL, WSBA #45547
Email: ben@pyklawyers.com
PISKEL YAHNE KOVARIK, PLLC
522 West Riverside Ave., Suite 700
Spokane, WA 99201
Telephone: (509) 321-5930
Facsimile: (509) 321-5935

*Attorneys for Defendants David M. Carlson, Enterprise Focus, Inc., and Clever Capital, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>GIGA WATT, INC.,<br><br>　　　　　Debtor.<br>―――――――――――――――<br>MARK D. WALDRON, in his capacity as the duly-appointed Chapter 11 Trustee,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID M. CARLSON and JANE DOE 1, individually and on behalf of the marital estate; ENTERPRISE FOCUS, INC., a Washington corporation; CLEVER CAPITAL, LLC, a Washington limited liability | Case No. 18-03197-FPC11<br><br>**Adv. No. 19-80012-FPC**<br><br>Chapter 11<br><br>**OBJECTION TO CHAPTER 11 TRUSTEE'S MOTION FOR: (1) EXPEDITED DISCOVERY; AND (2) EXPEDITED CONSIDERATION** |

OBJECTION . . . - 1

company; JEFFREY FIELD; )
ROB TRAVIS; and JANE DOES )
2 through 15, )
　　　　　　　　　　　　　　　　　)
　　　　　　Defendants. )

Defendants David M. Carlson, Enterprise Focus, Inc., and Clever Capital, LLC, by and through their attorneys of record Piskel Yahne Kovarik, PLLC, respectfully submit their Objection to Chapter 11 Trustee's Motion for Expedited Discovery and for Expedited Consideration Thereof ("Objection"). This Objection is based on the following:

In or about the afternoon of May 9, 2019, the law firm of Piskel Yahne Kovarik, PLLC was engaged as counsel. On May 9, 2019, the Chapter 11 Trustee filed its Motion for Expedited Discovery; Expedited Consideration Thereof ("Motions") (ECF No. 23). The Chapter 11 Trustee filed a Notice of Motions, providing less than twenty-four hours to object to the relief requested--May 10, 2019 at 12:00 p.m. (PST) (ECF No. 24). Furthermore, Jason T. Piskel of Piskel Yahne Kovarik, PLLC is in Missouri taking a deposition at this time, and is scheduled to return prior to May 13, 2019. Counsel is in the process of reviewing the pleading and records to confer with Pamela M. Egan of CKR Law LLP.

OBJECTION . . . - 2



Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 700
Spokane, Wa 99201
P 509.321.5930 / F 509.321.5935

To that end, this morning, May 10, 2019, Pamela M. Egan was promptly contacted telephonically and defense counsel is preparing to have a productive and cooperative telephone conference to confer regarding the scope and scheduling of discovery on or before Monday, May 13, 2019, which may resolve the issues set forth in the Motions. This objection is, thus, necessitated under the circumstances including by the exceptionally abbreviated time period within which to object. Accordingly, it is respectfully requested that the Court deny the Chapter 11 Trustee's Motion for Expedited Discovery and Expedited Consideration Thereof.

DATED this 10th day of May 2019.

PISKEL YAHNE KOVARIK, PLLC

/s/ Benjamin J. McDonnell
JASON T. PISKEL, WSBA #35398
jtp@pyklawyers.com
BENJAMIN J. MCDONNELL, WSBA #45547
ben@pyklawyers.com
PISKEL YAHNE KOVARIK, PLLC
522 West Riverside Ave., Suite 700
Spokane, WA 99201
Telephone: (509) 321-5930
Facsimile: (509) 321-5935

*Attorneys for Defendants David M. Carlson Enterprise Focus, Inc., and Clever Capital, LLC*

OBJECTION . . . - 3



Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 700
Spokane,Wa 99201
P 509.321.5930 / F 509.321.5935

19-80012-FPC    Doc 26    Filed 05/10/19    Entered 05/10/19 11:43:27    Pg 3 of 3