So Ordered.

Dated: June 5th, 2019

Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03197 |
| GIGA WATT, Inc., a Washington corporation, | The Honorable Frederick P. Corbit |
| | Chapter 11 |
| Debtor. | |
| MARK D. WALDRON, in his capacity as the duly-appointed Chapter 11 Trustee, | Adv. Pro. No. 19-80012 |
| | **ORDER GRANTING PRELIMINARY INJUNCTION** |
| vs. | |
| DAVID M. CARLSON and JANE DOE 1, individually and on behalf of the marital estate, ENTERPRISE FOCUS, INC., a Washington corporation, CLEVER CAPITAL, LLC, a Washington limited liability company, JEFFREY FIELD, ROB TAVIS, and JANE DOES 2 THROUGH 15 | |

Order Granting Preliminary Injunction - Page 1

This matter came before the Court on May 23, 2019 (the "**Show Cause Hearing**") pursuant to the (i) *Amended Order to Show Cause for Preliminary Injunction and Temporary Restraining Order*, entered in this proceeding on April 30, 2019 [AP Docket No. 19], (ii) *Motion of the Chapter 11 Trustee for Order to Show Cause for Preliminary Injunction and Temporary Restraining Order*, filed on April 22, 2019, and (iii) *Verified Complaint for Avoidance and Recovery of Fraudulent Transfers and/or Preferential Transfers; Breach of Fiduciary Duty; Turnover; and Injunctive Relief; and the Chapter 11 Trustee's Objections to Claims of David M. Carlson (Claims Nos. 318 and 319) and of Clever Capital LLC (Claim No. 320)* (the "**Verified Complaint**"), filed on April 22, 2019.

Pursuant to Federal Rule of Civil Procedure 7052, applicable herein by Federal Rule of Bankruptcy Procedure 7052, the Court's oral ruling at the Show Cause Hearing constitutes its findings of fact and conclusions of law and such findings of fact and conclusions of law are incorporated herein by reference as if set forth fully herein.

Accordingly, it is hereby:

**ORDERED** that management and control of the Debtor's business operations and interests located at 474 Highline Drive, Buildings A, B, C, H1, H2, East Wenatchee, Washington (the "**TNT Facility**") are placed with Mark D. Waldon, in his official capacity as the duly-authorized trustee in this bankruptcy case (the "**Trustee**").

**ORDERED** that (i) David M. Carlson, Clever Capital LLC, and Enterprise Focus, Inc., (ii) those who receive actual notice of this Order and are the officers,

Order Granting Preliminary Injunction - Page 2

19-80012-FPC    Doc 70    Filed 06/05/19    Entered 06/05/19 10:48:26    Pg 2 of 4

agents, servants, employees of David M. Carlson, Clever Capital LLC and/or Enterprise Focus, Inc.; and (iii) those who receive actual notice of this Order and are in active concert or participation with David M. Carlson, Clever Capital LLC and/or Enterprise Focus, Inc., are enjoined during the pendency of this adversary proceeding from controlling, disposing of, transferring, encumbering or possessing the TNT Facility, including, without limitation (i) the leases pertaining to the TNT Facility, (ii) the *Interconnection and Service Agreement*, dated May 14, 2018 between Public Utility District No. 1 of Douglas County and Giga Watt, Inc., and (iii) all personal property, whether tangible or intangible, used by the Debtor in its business operations that it has maintained at the TNT Facility, including, computers, cables, power strips, racks and infrastructure.

**ORDERED** that the parties shall cooperate to allow Mr. Carlson to remove from Building C at 464 Highline Drive, East Wenatchee, Washington, certain personal property belonging to Mr. Carlson, including a 2008 Toyota FJ Cruiser.

[*This Order follows on the next page.*]

Order Granting Preliminary Injunction - Page 3

**ORDERED** that pursuant to Federal Rule of Bankruptcy Procedure 7065, the Trustee is not required to post any security and such required is waived.

/// END OF ORDER ///

**PRESENTED BY:**

CKR LAW LLP

 /s/ Pamela M. Egan
Pamela M. Egan (WSBA 54736)
506 2nd Avenue, 14th floor
Seattle, WA 98114
Tel.: 415-297-0132
E: pegan@ckrlaw.com

*Of attorneys for Mark Waldron in his capacity as the duly-appointed Chapter 11 Trustee*

Order Granting Preliminary Injunction - Page 4